**E. REGENSBURG & SONS, Appellant, v. Joseph T. HIGGINS, Individually and as Collector of Internal Revenue for the Third District of New York, Respondent.**

**No. 171.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, 79 F.(2d) 516.

Paskus, Gordon & Hyman, of New York City (Arthur B. Hyman, Joseph C. Slaughter, and Chas. H. Lieb, all of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited pendente lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**Nelson H. GREEN, as Receiver, etc., v. Jessie HERTER et al.**

**No. 5594.**

Circuit Court of Appeals, Seventh Circuit.

Dec. 14, 1935.

R. L. Northcutt, of Beardstown, Ill., for appellant.

Charles Ray Gruny, of Jacksonville, Ill., for appellees.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed. It is further ordered that each party pay its own costs.